

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-28-2015

# Michael Siluk, Jr. v. Catherine Merwin

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"Michael Siluk, Jr. v. Catherine Merwin" (2015). *2015 Decisions.* Paper 420.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/420

This April is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University
School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of
Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-3996
_____

MICHAEL E. SILUK, JR.,

　　　　　　　　　　　　　　　　　Appellant

v.

CATHERINE MERWIN,
Director of Perry County Domestic Relations Section

_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(Civil Action No. 1-11-cv-01654)
District Judge:  Honorable Judge Christopher C. Conner
_____

Before:  MCKEE, <u>Chief Judge </u>and CHAGARES, GARTH,
<u>Circuit Judges</u>
_____

ORDER AMENDING OPINION
_____

At the direction of the Court, the opinion filed April 10, 2015 is hereby amended to reflect the appeal fee applicable at the time Appellant filed his notice of appeal.

Page 3, paragraph 2:

He currently owes a filing fee to both courts ($350 to the Clerk of the District Court and $455 to the Clerk of this Court which was the applicable appeal fee at the time the notice of appeal was filed).

and

Page 9, paragraph 1:

In this case, Siluk faces the prospect of paying two fees: (1) the $350 district court filing fee that he incurred by filing his pro se complaint; and (2) the $455 fee he incurred in this court for pursuing an appeal of the district court judgment.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:  April 28, 2015

2